**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

EMMA J. TYSON, KIM G. TYSON,
and REGGIE G. TYSON

v.                                                  Civil No.  3:01CV1917(GLG)

MATTHEW WILLAUER, DWAYNE TAYLOR,
SHANNON B. POLLICK, RICHARD C. MULHALL,
KEVIN SEARLES, JEFFREY W. RASEY a/k/a
JEFFREY RASEY, THOMAS BENNETT,
TOWN OF BLOOMFIELD, TOWN OF WINDSOR
and UNITED STATES OF AMERICA

## <u>JUDGMENT</u>

This matter came on for consideration on defendants' motions for summary before the Honorable Gerard L. Goettel, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on November 6, 2003, entered an Opinion granting defendants Willauer, Mulhall, Rasey, Bennett and Town of Bloomfield's motions for summary judgment.   On November 10, 2003, an Opinion entered granting defendants Taylor, Pollick, Searles and Town of Windsor's motion for summary judgment. On October 24, 2003, an Opinion entered granting defendants Willauer and Rasey's motion for summary judgment as to count 10.  On May 29, 2002, a Memorandum of Decision entered granting a motion to dismiss as to the United States of America.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 18th of November, 2003.

KEVIN F.  ROWE, CLERK
By

Lori Inferrera
Deputy-in-Charge

EOD: _____