UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 24 12:49 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

EMMA J. TYSON, ET AL : Civ. No. 3:01CV01917 (GLG)
Plaintiffs, :
:
v. :
:
MATTHEW WILLAUER, ET AL :
Defendants : NOVEMBER 21, 2003

## BILL OF COSTS

Pursuant to Fed.R.Civ.P. 54 and D.Conn.L.R. 54, the defendants, DWAYNE TAYLOR, SHANNON B. POLLICK-HAYES, KEVIN SEARLES, all in their official and individual capacities, and TOWN OF WINDSOR, submit the following bill of costs in the above-referenced case. A verification pursuant to 28 U.S.C. § 1924 is attached hereto as Exhibit A.

A. Fees For Exemplification And Copies Of Paper Necessarily Obtained For Use In The Case (D.Conn.L.R. 54(c)3(iii) (2003)).

Duplication costs for Exhibits to Motion for Summary
Judgment dated June 28, 2002.                           157.68

**TOTAL:**                                              **$ 157.68**

THE DEFENDANTS,
DWAYNE TAYLOR, SHANNON B.
POLLICK-HAYES, KEVIN SEARLES, all
in their official and individual capacities,
and TOWN OF WINDSOR

John J. Radshaw, III, ct19882
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following counsel of record this 21st day of November 2003.

David A. Golas, II, Esquire
Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040

Stephen R. Sarnoski, Esquire
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

David J. Scully, Esquire
Kernan & Henry
207 Bank Street
P.O. Box 2156
Waterbury, CT 06722

William M. Brown, Jr., Esquire
Assistant United States Attorney
157 Church Street
New Haven, CT 06510

_____
John J. Radshaw, III

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMMA J. TYSON, ET AL<br>Plaintiffs, | : Civ. No. 3:01CV01917 (GLG)<br>: |
| v. | : |
| MATTHEW WILLAUER, ET AL<br>Defendants | :<br>: NOVEMBER 21, 2003 |

### VERIFICATION OF JOHN J. RADSHAW, III

The undersigned, after being duly cautioned and sworn, hereby deposes and says:

1. I am over eighteen years of age and believe in the obligation of an oath.

2. I am a member of the Bar of the State of Connecticut and a member of the Bar of the United States District Court for the District of Connecticut.

3. In addition to Thomas R. Gerarde and Jay T. DonFrancisco, I represented the defendants, DWAYNE TAYLOR, SHANNON B. POLLICK-HAYES, KEVIN SEARLES, all in their official and individual capacities, and TOWN OF WINDSOR, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by these parties.

4. The items listed in the Bill of Costs of the defendants are correct and have been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

_____
John J. Radshaw, III

Subscribed and sworn to before me this 21st day of November, 2003.

_____
Notary Public
My Commission Expires: 10/31/07



# IKON Office Solutions
## Document Services

**SOLD TO:**
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD, CT 06114

Phone: (860) 278-1555    Fax: (860) 278-6612
Federal ID #: 230334400

**SHIP TO:**
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD, CT 06114

**TERMS: Net 10 Days**

**INVOICE**    Page 1

| | |
|---|---|
| Invoice # |  |
| Invoice Date | 12/23/2002 |
| Due Date | 01/02/2003 |
| Customer # | |
| Order # | |

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 12/23/2002 | ELLIE BLACKMAN | 45-23427 *Tyson v. Windsor* | JARED ARTHUR LAFLEUR |

| Reference 2 | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 567 | C Litigation | 805 | 0.150 | 120.75 |
| 635 | Tabs Sold | 112 | 0.250 | 28.00 |

| | |
|---|---|
| Taxable Sales: | 148.75 |
| Sales Tax: | 8.93 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **157.68** |

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

Received and approved by:     Date: _____

COPY