140

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
Nov 24  12:48 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

EMMA J. TYSON, ET AL  :   Civ. No. 3:01CV01917 (GLG)
Plaintiffs,            :

v.                     :

MATTHEW WILLAUER, ET AL  :
Defendants             :   NOVEMBER 21, 2003

## BILL OF COSTS

Pursuant to Fed.R.Civ.P. 54 and D.Conn.L.R. 54, the defendants, DWAYNE TAYLOR, SHANNON B. POLLICK-HAYES, KEVIN SEARLES, all in their official and individual capacities, and TOWN OF WINDSOR, submit the following bill of costs in the above-referenced case. A verification pursuant to 28 U.S.C. § 1924 is attached hereto as Exhibit A.

A. Fees For Exemplification And Copies Of Paper Necessarily Obtained For Use In The Case (D.Conn.L.R. 54(c)3(iii) (2003)).

Duplication costs for Exhibits to Motion for Summary Judgment dated June 28, 2002.                               157.68

**TOTAL:**                                                    $ 157.68

THE DEFENDANTS,
DWAYNE TAYLOR, SHANNON B.
POLLICK-HAYES, KEVIN SEARLES, all
in their official and individual capacities,
and TOWN OF WINDSOR

_____
John J. Radshaw, III, ct19882
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

12/29/03. GRANTED. Costs are awarded in the amount of $157.68.
Kevin F. Rowe, Clerk
By _____ Lori Inferrera, Deputy-in-Charge

FILED
Dec 29  4:07 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.